**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

RICARDO PIMENTEL,

Plaintiff,

v. Civ. No. 26-2418 SCY/GBW

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

Defendant.

**ORDER GRANTING MOTION FOR LEAVE**
**TO FILE FIRST AMENDED COMPLAINT**

THIS MATTER comes before the Court on Plaintiff's Motion or Leave to File First Amended Complaint, filed October 15, 2026. *Doc. 21*. According to Plaintiff, the amended complaint would not add another party or affect the Court's diversity jurisdiction, but rather would (1) plead the facts of State Farm's handling of Plaintiff's claim as reflected in its own claim file; (2) restate Plaintiff's existing claims for breach of contract, breach of the implied covenant of good faith and fair dealing, insurance bad faith, and violations of the Unfair Insurance Practices Act and the Unfair Practices Act; (3) add a count for declaratory relief; (4) account for the advance payment issued by State Farm on June 29, 2026; (5) withdraw the claim for property damage; and (6) include a demand for a jury trial. *Id.* at 2-3.

Plaintiff asserts that pursuant to D.N.M.LR-Civ. 7.1(a), Defendant's concurrence was requested before the motion was filed, but State Farm did not state whether it opposed the relief sought. *Id*. at 1. If opposed, Defendant's response was due October 29, 2026, but as of November 9, 2026, no response has been filed.

Under the Local Rules, "[t]he failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M.LR-Civ 7.1(b). Given Defendant's failure to respond to Plaintiff's Motion, the Court will GRANT IT.

IT IS THEREFORE ORDERED that Plaintiff shall file his First Amended Complaint in the form attached as Exhibit A to the Motion (*doc. 21*) within three (3) days after entry of this Order.

IT IS FURTHER ORDERED that Defendant State Farm shall respond to the First Amended Complaint within the time provided by Fed. R. Civ. P. 15(a)(3).

GREGORY B. WORMUTH
CHIEF UNITED STATES MAGISTRATE JUDGE